UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-46250 |
|---|---|
|    WALTER D. PENDLETON | (Chapter 13) |
|    DEBORAH Y. PENDLETON | |
| Debtors | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995687**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 47 | OSI COLLECTION SERVICES<br>BOX 947<br>BROOKFIELD, WI  53008 | 35.31 |

  /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/26/2010

Certificate of Service 05-46250

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

WALTER D. PENDLETON
DEBORAH Y. PENDLETON
129 LEXINGTON AVENUE
DAYTON, OH  45402

CLAY L WOODS
1344 WOODMAN DRIVE
SUITE F
DAYTON, OH  45432

(52.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(53.1n)
CITIFINANCIAL INC
BOX 140489
IRVING, TX  75014

(1043.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE  SUITE 1120
MIAMI, FL  33131

(46.1n)
OSI COLLECTION SERVICES
BANKRUPTCY DEPARTMENT
BOX 105460
ATLANTA, GA  30348

(47.1)
OSI COLLECTION SERVICES
BOX 947
BROOKFIELD, WI  53008

(47.3)
OSI COLLECTION SERVICES
BANKRUPTCY DEPARTMENT
BOX 105460
ATLANTA, GA  30348

(49.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner        cs